UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| PATRICIA C. HAYSLETT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| VS. | ) | CIVIL ACTION NO. |
| | ) | |
| METROPOLITAN LIFE | ) | 3:21-CV-1470-G-BH |
| INSURANCE COMPANY, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the

Findings, Conclusions, and Recommendation of the United States Magistrate Judge

and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the

undersigned District Judge is of the opinion that the Findings and Conclusions of the

Magistrate Judge are correct, and they are accepted as the Findings and Conclusions

of the Court.

Metropolitan Life Insurance Company and Verizon Communications Inc.'s

Defendants' Rule 12(b)(6) Motion to Dismiss and Brief in Support, filed November

22, 2021 (docket entry 11), is **GRANTED**.  The plaintiff's motion for leave to

amend, included in her response, filed January 17, 2022 (docket entry 16), is

**GRANTED**, and her motion for discovery, also in her response, is **DENIED**.  By

separate judgment, the plaintiff's claims against the defendants Metropolitan Life Insurance Company and Verizon Communications Inc. will be **DISMISSED** with prejudice, and her claims against the defendant Met Life, Inc., will be *sua sponte* **DISMISSED** with prejudice.

**SO ORDERED**.

July 27, 2022.

A. JOE FISH
Senior United States District Judge